United States District Court
Southern District of Texas
**ENTERED**
November 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ISAAC DAVID MEJIAS GUTIERREZ,<br>"Petitioner," | § | |
| v. | § | Civil Action No. 1:26-cv-00532 |
| WARDEN, PORT ISABEL SERVICE PROCESSING CENTER, et. al,<br>"Respondents." | § | |

**ORDER**

Before the Court is Respondents' "Motion to Dismiss Petition for Writ of Habeas Corpus as Moot" (Dkt. No. 7). The Motion seeks dismissal of Plaintiff's "Writ of Habeas Corpus" (Dkt. No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(1).

Plaintiff's claims against Defendants are **DISMISSED** without prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1). The Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this November 4, 2026

Rolando Olvera
United States District Judge